MICHAEL MATLOCK, D-14884
M.C.S.P., B10/146U
P.O. Box 409040
Ione, CA. 95640-9040

OFFICE of the CLERK
United States District Court
Northern District of California
450 golden Gate Avenue
San Francisco, CA. 94102

Dear Clerk,

Please Accept the enclosed Check for the amount of Five Dollars, ($5.00), for the cost of filing Case No. CV 08 0745 JW (PR). Please take notice that I did not receive my file stamped copy from the Court until February 22, 2008. The Court ordered that I have 30 days to pay the filing fee from the date stamped on my copy being January 31, 2008. Since I am an incarcerated inmate filing in Pro se, I request that the Mail Box Rule be applied.

Sincerely,

*Michael Matlock*
Michael Matlock

Date: *March 13, 2008*

MICHAEL MATLOCK, D-14834
M.C.S.P., B10/146u
P.O. Box 409040
Ione, CA. 95640-9040

SACRAMENTO CA

14 MAR 2008 PM 6 T

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017074
Cashier ID: almaceh
Transaction Date: 03/17/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: M MATLOCK
  Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 816535
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-0745 JW (PR)

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```